**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEDRIC BISHOP AND ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                                     Plaintiffs,

                      v.

XYLEM, INC.,

                                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:19-CV-01644

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

        Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: May 9, 2019

_____
Jeffrey M. Gottlieb

**GOTTLIEB & ASSOCIATES**
150 East 18th Street
Suite PHR
New York, NY 10003
Tel: (212) 228-9795
nyjg@aol.com

Attorneys for Plaintiff

_____
Lewis S. Wiener

**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, NW, Suite 700
Washington, DC 20001
Tel: (202) 383-0140
lewiswiener@eversheds-sutherland.com

Attorneys for Defendant

Application GRANTED.

Dated:     May 9, 2019
             New York, New York

SO ORDERED.

_____

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

41216860.1

16